**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>       Plaintiff,<br><br>v.<br><br>JOE FARACI,<br><br>       Defendant. | No. 2:23-cv-00511-JAK (SPx)<br><br>**ORDER RE ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION (DKT. 15)**<br><br>**JS-6:** CASE INACTIVE/STAYED |

1

On September 19, 2023, Defendant filed an Application for Stay and Early Mediation (the "Application," (Dkt. 15)). On October 27, 2023, Plaintiff filed a response stating his non-opposition to the Application. Dkt. 17. Based on a review of these materials, it is determined that an early mediation is warranted because it may result in conserving party and judicial resources. Therefore, the Application is **GRANTED**.

This action is stayed until January 29, 2024, to permit the completion of the early mediation process. A separate order will issue that refers the parties to the ADR Program. Counsel shall comply with all requirements of that order.

If a settlement is reached, counsel shall file a notice of settlement by the earlier of January 29, 2024, or within 10 days of the entry of the settlement agreement, which shall include a date by which it is expected that a request for dismissal will be filed. If a settlement is not reached, counsel shall file a Joint Rule 16(b)/26(f) Report by the earlier of 10 days from when that determination is made, or January 29, 2024, which shall include a statement as to the procedural status of the parties' settlement efforts, whether discussions are ongoing, and whether a further session with the panel mediator is anticipated and, if so, when that is expected to occur. Based upon a review of the Joint Report, an order will issue with respect to future deadlines in this proceeding.

**IT IS SO ORDERED.**

Dated: 10/31/2023

_____
John A. Kronstadt
United States District Judge

2